AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JUL 20 2016

David J. Bradley, Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Julio Cesar Teodoro-Padilla | ) | Case No. M-16-1354-M |
| YOB: 1983 Citizenship: Mexico | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 19, 2016__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), 846, 952 | Possession with intent to distribute a controlled substance<br><br>Knowingly, willfully and unlawfully imported from a place outside the United States, to wit; the United Mexican States, to a place in the United States, to wit; Pharr, Texas, a controlled substance listed under Schedule I, of the Controlled Substance Act, to wit; approximately four thousand six hundred thirty six (4,636) kilograms, gross weight, of marijuana. In addition, the defendant did knowingly and unlawfully possess with the intent to distribute the above listed marijuana. Furthermore, the defendant did knowingly and unlawfully conspire to import and possess with intent to distribute the above listed marijuana. |

This criminal complaint is based on these facts:

SEE ATTACHMENT "A"

☑ Continued on the attached sheet.

Approved by [signature]

Sworn to before me and signed in my presence.

Date: 7/20/2016  8:51 am

City and state: McAllen, Texas

[signature]
*Complainant's signature*

Edgard Reynoso, HSI Task Force Officer
*Printed name and title*

[signature]
*Judge's signature*

U.S. Magistrate Judge Peter Ormsby
*Printed name and title*

## "ATTACHMENT A"

I am a Homeland Security Investigations (HSI) Task Force Officer (TFO) and have knowledge of the following facts:

1. On July 19, 2016, Julio Cesar Teodoro-Padilla entered the United States through the Pharr, Texas Port of Entry operating a tractor-trailer.

2. At the Pharr Port of Entry, Teodoro-Padilla gave a negative declaration for narcotics, weapons, ammunition and monetary instruments in excess of $10,000 to Customs and Border Protection (CBP) officers and provided a DSP-150 tourist visa as identification.

3. Teodoro-Padilla and his conveyance were referred for a secondary inspection. CBP officers conducted a non-intrusive inspection utilizing the Vehicle and Cargo Inspection System (VACIS), which showed anomalies in the semi-trailer.

4. During the secondary inspection, a Narcotics Detection Dog (NDD) alerted to the presence of narcotics comingled within a shipment of mangoes. Further inspection revealed green mango shaped bundles containing a green leafy substance, which field tested positive for the properties of marijuana.

5. CBP officers inventoried approximately twenty thousand one hundred-fifty (20,150) bundles, with a gross weight of four thousand six hundred thirty-six (4,636) kilograms.

6. HSI) Special Agents (SA), accompanied by TFOs, advised Teodoro-Padilla of his Miranda warnings in the Spanish language, which he stated he understood and subsequently waived in writing.

7. Post Miranda, Teodoro-Padilla stated during the secondary inspection he removed the trailer seal using his bare hands, which he left on the ground near the trailer. Teodoro-Padilla stated he was not instructed to do so and there were no witnesses. CBP officers searched the area where Teodoro-Padilla claimed the seal was left, but could not locate it.

8. Teodoro-Padilla consented to a search of his phone, which revealed text messages showing he was scheduled to transport a shipment of onions through the Progresso, Texas Port of Entry. Teodoro-Padilla convinced another driver to make that delivery and allow him to take the shipment of mangoes, which paid less than his scheduled load. Teodoro-Padilla had text messages indicating he needed money for a sick child, which he confirmed during interviews. When asked about taking the lower paying load, Teodoro-Padilla stated he wanted to be home with his sick child. Teodoro-Padilla had text messages contradicting this, stating he would take another

load of mangoes if he was able to cross quickly. Teodoro-Padilla's texts also revealed that he was concerned about being referred for an x-ray examination.

9. Teodoro-Padilla was aware of the importance of a trailer seal, as he sent text messages where he was concerned about a missing seal on a previous shipment. Seals are used by shippers to prevent tampering with the contents of a trailer and are frequently serialized and have the number annotated on the bill of lading. Consignees may refuse a shipment with a tampered or missing seal.

10. Department of Homeland Security records shows Teodoro-Padilla was recently issued a six month tourist visa, which text messages showed he was intended to use to work illegally in the United States.

11. HSI Task Force Officers placed Teodoro-Padilla under arrest for violations of 21 USC 841 sections 841, 846 and 952. Teodoro-Padilla will be held at the McAllen Police Department Jail until his initial appearance.